AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Connolly, Colm F. | 2. Court or Organization<br><br>United States District Court for the District of Delaware | 3. Date of Report<br><br>05/04/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| 844 King Street<br>Unit 31<br>Wilmington, DE 19801 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Ministry of Caring |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▨ salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connolly, Colm F.** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | M&T Bank Accounts | A | Interest | K | T | | | | | |
| 2. | Capital One Money Market Accounts | C | Interest | N | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | Retirement Savings Plan #1 (H) | | | | | | | | | |
| 5. | - T. Rowe Price Growth Stock Trust A | A | Dividend | K | T | | | | | |
| 6. | - Vanguard Institutional Index Instl PI | C | Dividend | L | T | | | | | |
| 7. | - American Funds EuroPacific Growth R6 | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | Retirement Savings Plan #2 (H) | | | | | | | | | |
| 10. | - William Blair Intnl Growth I | A | Dividend | | | Sold | 05/01/20 | J | | |
| 11. | - William Blair Intl Grwth CIF | A | Dividend | K | T | Buy | 05/01/20 | J | | |
| 12. | - Dodge & Cox Intl Stock | A | Dividend | K | T | | | | | |
| 13. | - DFA US SMall Cap Port Instl | B | Dividend | K | T | | | | | |
| 14. | - Goldman Sachs Global Income Fund Instl | C | Dividend | L | T | | | | | |
| 15. | - Vanguard REIT Index Fund | A | Dividend | K | T | | | | | |
| 16. | - Vanguard Intern'l Index | A | Dividend | K | T | Buy | 02/11/20 | K | | |
| 17. | - Vanguard Inst'l Index | A | Dividend | K | T | Buy | 02/11/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connolly, Colm F.** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Defined Contribution Plan #1 (H) | | | | | | | | | |
| 20. - William Blair Intnl Growth I | A | Dividend | | | Sold | 05/01/20 | L | | |
| 21. - William Blair Intl Grwth CIF | A | Dividend | L | T | Buy | 05/01/20 | L | | |
| 22. - Dodge & Cox Intl Stock | B | Dividend | L | T | | | | | |
| 23. - DFA US Small Cap Port I | A | Dividend | L | T | | | | | |
| 24. - Invesco GI Real Estate R5 | C | Dividend | L | T | | | | | |
| 25. - Vanguard REIT Index Fund Inst | C | Dividend | L | T | | | | | |
| 26. - Vanguard Intern'l Index | A | Dividend | K | T | Buy | 02/12/20 | K | | |
| 27. - Vanguard Inst'l Index | A | Dividend | K | T | Buy | 02/11/20 | K | | |
| 28. | | | | | | | | | |
| 29. IRA #1 (H) | | | | | | | | | |
| 30. - Vanguard Emerging Markets Select Stock Fund | B | Dividend | L | T | | | | | |
| 31. | | | | | | | | | |
| 32. IRA #2 (H) | | | | | | | | | |
| 33. - Vanguard Emerging Markets Stock Index Admiral CL | A | Dividend | K | T | | | | | |
| 34. - Vanguard Mid Cap Value Index Admiral CL | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connolly, Colm F.** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    - Vanguard High Yield Corp Investor CL | A | Dividend | K | T | | | | | |
| 36. | | | | | | | | | |
| 37.    Roth IRA #1 (H) | | | | | | | | | |
| 38.    - Vanguard Capital Opportunity Find Invst CL | A | Dividend | K | T | | | | | |
| 39.    - Vanguard Emerging Markets Select Stock Fund | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41.    Roth IRA #2 (H) | | | | | | | | | |
| 42.    - Vanguard Capital Opportunity Fund Investor | A | Dividend | K | T | | | | | |
| 43. | | | | | | | | | |
| 44.    Brokerage Account #1 (H) | | | | | | | | | |
| 45.    - Vanguard Federal Money Market Fund | A | Dividend | K | T | | | | | |
| 46.    - Vanguard Dividend Appreciation Index Fund Admiral CL | A | Dividend | K | T | | | | | |
| 47.    - Vanguard Small Cap Growth Index Fund Admiral CL | A | Dividend | K | T | | | | | |
| 48.    - Vanguard Comsumer Discretionary ETF | A | Dividend | K | T | | | | | |
| 49.    - Vanguard Consumer Staples ETF | A | Dividend | K | T | | | | | |
| 50.    - Vanguard Energy ETF | B | Dividend | K | T | | | | | |
| 51.    - Vanguard Health Care ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connolly, Colm F.** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 53.   - Vanguard S&P 500 Index ETF | A | Dividend | K | T | | | | | |
| 54.   - Vanguard Communication Services ETF | A | Dividend | K | T | | | | | |
| 55.   - Protara Therapeutics | | None | J | T | | | | | |
| 56. | | | | | | | | | |
| 57.   Brokerage Account #4 (H) | | | | | | | | | |
| 58.   - International Business Machines | A | Dividend | | T | Donated<br>(part) | | | | |
| 59.   - Fidelity Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 60.   - Microsoft | A | Dividend | J | T | Donated<br>(part) | | | | |
| 61. | | | | | | | | | |
| 62.   529 #1 (H) | | | | | | | | | |
| 63.   - NY's 529 Moderate Growth Portfolio | | None | J | T | Sold<br>(part) | 07/08/20 | J | | |
| 64.   - NY's 529 Interest Accumulation Portfolio | | None | J | T | Sold<br>(part) | 07/08/20 | J | | |
| 65.   - NY's 529 Conservative Growth Portfolio | | None | J | T | Sold<br>(part) | 07/08/20 | J | | |
| 66. | | | | | | | | | |
| 67.   529 #4 (H) | | | | | | | | | |
| 68.   - NY's 529 Conservative Growth Portfolio | | None | | | Sold | 01/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - NY's 529 Income Portfolio | None | | | | Sold | 01/06/20 | K | | |
| 70.  - NY's 529 Moderate Growth Portfolio | None | | | | Sold | 01/06/20 | J | | |
| 71. | | | | | | | | | |
| 72.  529 #5 (H) | | | | | | | | | |
| 73.  - Fidelity DE Aggressive Growth Portfolio<br>(Fidelity Indx) | None | | L | T | Sold<br>(part) | 07/14/20 | J | | |
| 74.  - Fidelity DE Aggressive Growth Portfolio<br>(Fidelity FDS) | None | | L | T | Sold<br>(part) | 07/14/20 | J | | |
| 75. | | | | | | | | | |
| 76.  529 #6 (H) | | | | | | | | | |
| 77.  - Fidelity DE Conservative (Fid. Index) | None | | J | T | | | | | |
| 78.  - Fidelity DE Moderate Growth Portfolio<br>(Fidelity Indx) | None | | J | T | | | | | |
| 79. | | | | | | | | | |
| 80.  529 #7 (H) | | | | | | | | | |
| 81.  - Fidelity DE Conservative (Fid. Index) | None | | J | T | Sold<br>(part) | 01/06/20 | J | | |
| 82. | | | | | Buy | 07/14/20 | J | | |
| 83. | | | | | Sold<br>(part) | 07/16/20 | J | | |
| 84.  - Fidelity DE Moderate Growth Portfolio<br>(Fidelity Indx) | None | | J | T | Sold<br>(part) | 01/06/20 | J | | |
| 85. | | | | | Buy | 07/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connolly, Colm F.** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/16/20 | J | | |
| 87. 529 #8 (H) | | | | | | | | | |
| 88. - Fidelity DE Conservative (Fid. Index) | None | | K | T | Sold (part) | 01/06/20 | J | | |
| 89. | | | | | Sold (part) | 03/02/20 | J | | |
| 90. - Fidelity DE Aggressive Growth Portfolio (Fidelity Indx) | None | | K | T | Sold (part) | 01/06/20 | J | | |
| 91. | | | | | Sold (part) | 03/02/20 | J | | |
| 92. | | | | | Buy | 12/01/20 | J | | |
| 93. - Fidelity DE Moderate Growth Portfolio (Fidelity Indx) | None | | L | T | Sold (part) | 01/06/20 | J | | |
| 94. | | | | | Sold (part) | 03/02/20 | J | | |
| 95. - Fidelity DE Aggressive Growth Portfolio (Fidelity FDS) | None | | J | T | Buy | 12/01/20 | J | | |
| 96. | | | | | | | | | |
| 97. UTMA #3 (H) | | | | | | | | | |
| 98. - Fidelity Blue Chip Growth Fund | B | Dividend | | | Distributed | 12/08/20 | J | | |
| 99. - International Business Machines | D | Dividend | | | Distributed | 12/08/20 | J | | |
| 100. - Microsoft Corp. | D | Dividend | | | Distributed | 12/08/20 | J | | |
| 101. | | | | | | | | | |
| 102. College Avenue Student Loans, LLC units | None | | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |
| 104.  IRA #3 (H) | | | | | | | | | |
| 105.  - Diamond Hill Large Cap | D | Dividend | M | T | | | | | |
| 106.  - Eaton Vance Atlanta Cap | D | Dividend | M | T | | | | | |
| 107.  - Edgewood Growth Instl | D | Dividend | N | T | Buy | 02/12/20 | J | | |
| 108. | | | | | Distributed<br>(part) | 02/11/20 | K | | |
| 109.  - Pear Tree Polaris | B | Dividend | L | T | | | | | |
| 110.  - Vanguard Intl Growth FD Admiral Shares | E | Dividend | M | T | | | | | |
| 111. | | | | | | | | | |
| 112.  Brokerage Account #5 (H) | | | | | | | | | |
| 113.  - Vanguard High Yield Tax Exempt Fund | A | Dividend | L | T | Sold<br>(part) | 03/10/20 | L | | |
| 114.  - Vanguard Interim Tax Exempt Fund | B | Dividend | N | T | | | | | |
| 115.  - Vanguard LTD Term Tax Exempt Fund | A | Dividend | M | T | | | | | |
| 116.  - Eaton Vance Atlanta SMID Cap | E | Distribution | M | T | Buy<br>(add'l) | 03/26/20 | L | | |
| 117.  - Harding Loevner Inst Emerg Mkts | B | Dividend | M | T | | | | | |
| 118.  - Vanguard Tax Managed Small Cap | A | Dividend | L | T | Sold<br>(part) | 03/26/20 | L | | |
| 119.  - Chevron | A | Dividend | | | Sold | 08/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Colgate-Palmolive | A | Dividend | | | Sold | 08/11/20 | K | | |
| 121.  - Exxon Mobile | A | Dividend | | | Sold | 08/11/20 | J | | |
| 122.  - McDonalds | B | Dividend | L | T | | | | | |
| 123.  - Schwab S&P 500 Index | B | Dividend | M | T | Buy | 03/10/20 | L | | |
| 124.  - Vanguard Int'l Growth Adm | A | Distribution | K | T | Buy | 08/11/20 | K | | |
| 125.  - Edgewood Growth Inst'l | B | Distribution | K | T | Spinoff<br>(from line 108) | 08/11/20 | K | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colm F. Connolly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544